No. 88–1597.   BOARD OF EDUCATION OF THE WESTSIDE COMMUNITY SCHOOLS (DIST. 66) ET AL. v. MERGENS, BY AND

THROUGH HER NEXT FRIEND, MERGENS, ET AL. C. A. 8th Cir. [Certiorari granted, 492 U. S. 917.] Motion of petitioner for leave to file a reply brief out of time granted.